FILED
2018 Oct-22 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE ROBERT HOGLUND, JR., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    2:18-cv-00968-LSC<br>) |
| CHARTER COMMUNICATIONS, INC., *et al.*, | )<br>)<br>) |
| Defendants. | |

**MEMORANDUM OF OPINION AND ORDER**

Before the Court is Plaintiff's Motion to Set Aside Court Order and For Leave to Amend Complaint. (Doc. 18.) In his motion, Plaintiff asks the Court to reconsider its Order granting Defendants' motion to dismiss (doc. 16) and to allow him to amend his Complaint to assert various tort claims against Defendants. After review of Plaintiff's Motion, the motion is not due to be granted. Moreover, the Court finds that Plaintiff's proposed amendments to his Complaint would be futile. As the Court noted in its Memorandum of Opinion, it doubts that it has subject matter jurisdiction over any state tort law claims asserted by Plaintiff against Defendants. (*See* Doc. 15 at 11.) Therefore, Plaintiff's Motion to Set Aside Court Order and For Leave to Amend Complaint (doc. 18) is DENIED.

**DONE** and **ORDERED** on October 22, 2018.

                                                              L. Scott Coogler
                                         United States District Judge

194800